```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ABRAHAM XA HER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-0056-GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | STATUS CONFERENCE AND EXCLUDING TIME |
| ABRAHAM XA HER, ) | |
| Defendant. ) | Date: June 6, 2008 |
| ) | Time: 9:00 a.m. |
| _____ ) | Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, ABRAHAM XA HER, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for June 6, 2008 may be continued to June 20, 2008 at 9:00 a.m.

Defense counsel is seeking records concerning Mr. Her's alleged prior felony conviction, which some secondary records suggest may be a misdemeanor. Additional time is requested to receive these records, and conduct ongoing factual investigation. To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through June 20, 2008,

pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                       Respectfully Submitted,

                                       DANIEL J. BRODERICK
Federal Defender

Dated: June 5, 2008          /s/ T. Zindel
                                       TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for ABRAHAM XA HER

                                     McGREGOR W. SCOTT
United States Attorney

Dated: June 5, 2008          /s/ T. Zindel for R. Carlberg
                                       RUSSELL CARLBERG
Assistant U.S. Attorney

## **O R D E R**

The status conference is continued to June 20, 2008 at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through June 20, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: June 9, 2008

                                       GARLAND E. BURRELL, JR.
United States District Judge