DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ABRAHAM XA HER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-0056-GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | STATUS CONFERENCE AND EXCLUDING |
| ) | TIME |
| ABRAHAM XA HER, ) | |
| ) | |
| Defendant. ) | Date:  June 20, 2008 |
| ) | Time:  9:00 a.m. |
| _____ ) | Judge: Garland E. Burrell, Jr. |

    It is hereby stipulated and agreed between defendant, ABRAHAM XA HER, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for June 20, 2008 may be continued to July 11, 2008 at 9:00 a.m.

    Defense counsel is awaiting records that have been ordered concerning Mr. Her's alleged prior felony conviction.  Additional time is needed to receive these records, and to conduct ongoing factual investigation.  To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through July 11, 2008, pursuant to Title 18, United

1  States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: June 18, 2008        /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for ABRAHAM XA HER


McGREGOR W. SCOTT
United States Attorney

Dated: June 18, 2008        /s/ T. Zindel for R. Carlberg
RUSSELL CARLBERG
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to July 11, 2008 at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through July 11, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: June 19, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order/Abraham Xa Her            -2-