1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

6 | Attorney for Defendant
ABRAHAM XA HER

9 | IN THE UNITED STATES DISTRICT COURT

10 | FOR THE EASTERN DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,        ) No. CR-S-08-0056-GEB
                                     )
13 |               Plaintiff,         )
                                     ) STIPULATION AND ORDER MODIFYING
14 |     v.                           ) CONDITIONS OF SUPERVISED RELEASE
                                     )
15 | ABRAHAM XA HER,                  )
                                     ) Judge: Garland E. Burrell, Jr.
16 |               Defendant.         )
                                     )
17 | _____  )

19 | It is hereby stipulated and agreed between defendant, Abraham Her,
20 | and plaintiff, United States of America, by and through their attorneys,
21 | as follows.

22 | On September 14, 2012, the Court revoked supervised release, ordered
23 | a prison term, and ordered a new term of supervised release to commence
24 | upon Mr. Her's release from prison.  Special condition no. 5 of the terms
25 | of supervised release prohibit Mr. Her from associating with any person
26 | known to be associated with an gang.

27 | The parties agree that special condition no. 5 of supervised release
28 | may be modified to add the boldfaced, italicized language below:

> The defendant shall not be a member of any gang; and shall not associate personally or in writing, or communicate directly or indirectly, with any person known by the defendant to be associated with, or a member of any gang ***except as approved in advance by the probation officer;*** [all remaining terms of the condition are unchanged].

The purpose of this proposed change is to confer on the probation officer authority to allow Mr. Her to associate with persons (such as his brother-in-law, Lee Xiong) who have been identified as gang members but who are also persons he is expected to see because of family ties or other innocent connections.

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:   September 19, 2012      /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for ABRAHAM XA HER


                                        BENJAMIN WAGNER
                                        United States Attorney

Dated:   September 19, 2012      /s/  T. Zindel for R. Carlberg
                                        RUSSELL CARLBERG
                                        Assistant U.S. Attorney

**O R D E R**

Special condition number 5 of supervised release ordered on September 14, 2012, is modified as set forth above.

IT IS SO ORDERED.

Dated: September 20, 2012

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        Senior United States District Judge

Stip & Order/Abraham Xa Her            -2-